UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY SHARP | CIVIL ACTION #2:12-CV-00705 |
| VERSUS | SECTION "S" - JUDGE LEMMON |
| SCHINDLER ELEVATOR CORP. &XYZ INSURANCE | DIVISION 5 - MAGISTRATE CHASEZ |

*********************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

**NOW INTO COURT**, through undersigned counsel, comes **MARY SHARP**, who moves this Honorable Court to allow her to supplement and amend her original complaint filed in the Civil District Court for the Parish of Orleans, State of Louisiana, docket #2011-11662, Division M-13 as follows:

1.

By adding an additional paragraph to follow paragraph I of the original petition, to be numbered I (A) and I(B) to read as follows:

I (A).

Additionally made Defendant herein:

**HERTZ 909 POYDRAS, LLC**, upon information and belief to be a domestic corporation, licensed to do and in fact doing substantial business within the Parish of Orleans, State of Louisiana, at all times relevant the owner and maintainer of the 909 Poydras Street, New Orleans, Louisiana premises and the maintainer of the elevator where your Petitioner's accident allegedly occurred and who at all times mentioned hereinafter is an alternative Defendant should The Schindler Elevator Corp., not assume their obligation.

## I (B).

Said Defendants, are liable jointly, severally and in solido for any and all damages sustained by the Plaintiff due to the defective condition of the elevator.

**WHEREFORE,** Plaintiff prays that she is allowed to supplement and amend the original Petition for Damages, reiterating and re-averring each and every allegation of her original Petition for Damages and reiterates her original prayer.

Respectfully Submitted,

s/Vincent P. Scallan
**VINCENT P. SCALLAN, LSBA 33459**
The Caluda Law Firm
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161
vpscallan@rcaluda.com

Attorney for Plaintiff, Mary Sharp

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court on June 25, 2012 and is available for viewing and downloading from the CM/ECF system. Notice of electronic Case filing has been sent automatically to all counsel on the e-mail service list. Any counsel not included on the e-mail service list received a copy via United States Mail.

s/Vincent P. Scallan
**VINCENT P. SCALLAN**