UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY SHARP** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-705** |
| **SCHINDLER ELEVATOR CORP., ET AL.** | **SECTION: "S" (5)** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that Hertz 909 Poydras, L.L.C. file a list of its members, indicating the state(s) of which they are citizens, into the record of this case by April 5, 2013.

Plaintiff, Mary Sharp, filed this action against Schindler Elevator Corporation in the Civil District Court, Parish of Orleans, State of Louisiana alleging that she was injured by a malfunction of an elevator in the high-rise office building located at 909 Poydras Street, New Oleans, Louisiana. Schindler removed the action to the United States District Court for the Eastern District of Louisiana alleging that the court had diversity subject matter jurisdiction under 28 U.S.C. § 1332. After removal, Sharp added Hertz 909 Poydras, L.L.C. as a defendant.

Pursuant to 28 U.S.C. § 1332, a federal district court has original subject matter jurisdiction over matters in which there is complete diversity between the plaintiffs and the defendants, and the amount in controversy exceeds $75,000. The citizenship of a limited liability company is determined by the citizenship of all of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1080 (5th Cir. 2008). Therefore, this court must be informed of the citizenship of Hertz 909 Poydras, L.L.C.'s members to determine if there is complete diversity between the plaintiff and defendants.

New Orleans, Louisiana, this __1st__ day of April, 2013.

_____
　　　**MARY ANN VIAL LEMMON
　　　UNITED STATES DISTRICT JUDGE**