UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY SHARP | CIVIL ACTION NO. 2:12-CV-0075 |
| VERSUS | SECTION "S" – JUDGE LEMMON |
| SCHINDLER ELEVATOR CORPORATION, ET AL. | DIVISION 5 – MAG. CHASEZ |

### MOTION TO DISMISS WITH PREJUDICE

ON THE MOTION OF plaintiff, Mary Sharp and defendants, Schindler Elevator Corporation, Hertz 909 Poydras, LLC and The Charter Oak Fire Insurance Company, through their undersigned counsels of record and on suggesting to the Court that the above matters between them have been compromised and the parties desire to dismiss the said action, with prejudice, each party to bear their own costs; and that all costs and commissions due the Clerk of Court and the Sheriff have been paid;

IT IS ORDERED BY THE COURT that the above referenced action between the parties hereto be and the same is hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
JUDGE

_____
Vincent P. Scallan
3232 Edenborn Ave.
Metairie, LA 70002
(504) 586-0361

James G. Washburn
502 E. Rutland St.
Covington, LA 70433
(985) 809-2000

_____
Michael F. Grennan (#6307)
3838 N. Causeway Blvd., Suite 3160
Metairie, LA 70002
(504) 832-7659