UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY SHARP | CIVIL ACTION<br>NO.  12-00705 |
| VERSUS | SECTION "S" |
| SCHINDLER ELEVATOR CORP.<br>& XYZ INSURANCE | MAGISTRATE (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Dismiss,

IT IS ORDERED BY THE COURT that the above referenced action between the parties hereto be and the same is hereby dismissed, with prejudice, each party to bear their own costs. The court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this  5th  day of           June          , 2013.

*[signature]*
JUDGE